James Jonathan Hawk (254350)
jhawk@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3218
Telephone:     +1 310 788 4181

David P. Saunders (*admitted pro hac vice*)
dsaunders@mcdermottlaw.com
**MCDERMOTT WILL & SCHULTE LLP**
444 West Lake Street, Suite 4000
Chicago, IL 60606
Telephone:     +1 312 803 8305
Facsimile:     +1 312 264 0171

*Attorneys for Defendant*
*Headlight Health, Inc.*

[ADDITIONAL COUNSEL ON FOLLOWING PAGE]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| RICHIE EDQUID, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEADLIGHT HEALTH, INC.<br><br>Defendant. | Case No.  3:26-cv-00302-RBM-DDL<br><br>**JOINT MOTION AND STIPULATION TO STAY ALL DEADLINES PENDING FINALIZATION OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>Honorable Judge Ruth Bermudez Montenegro |

JOINT MOTION AND STIPULATION TO STAY DEADLINES PENDING SETTLEMENT

Joshua B. Swigart (225557)
Josh@swigartlawgroup.com
**SWIGART LAW GROUP, APC**
2221 Camino del Rio S, Ste 308
San Diego, CA 92108
Telephone:      +1 866 219 3343
Facsimile:      +1 866 219 8344

Ben Travis (305641)
ben@bentravislaw.com
**BEN TRAVIS LAW, APC**
4660 La Jolla Village Drive, Suite 100
San Diego, CA 92122
Telephone:      +1 619 353 7966

*Attorneys for Plaintiff and the Putative Class*

McDermott Will & Schulte LLP
Attorneys At Law
Los Angeles

Pursuant Civil Local Rules 7.2 and 12.1, Plaintiff Richie Edquid ("Plaintiff") and Defendant Headlight Health, Inc. ("Defendant") (together, the "Parties") submit the following joint motion, and stipulate to the following:

1.      On January 16, 2026, Plaintiff filed his Complaint in this Court against Defendant. ECF No. 1. On March 23, 2026, the Court granted the Parties' joint motion and stipulation to extend Defendant's deadline to answer or otherwise respond to the Complaint to May 8, 2026. ECF No. 6.

2.      The Parties have agreed to the terms of a settlement, subject to it being reduced to a written and fully executed agreement, and have been exchanging comments on a draft agreement. The Parties anticipate that they will finalize and fully execute an agreement within the next two weeks, and that a dismissal of this case with prejudice as to Plaintiff's individual claims would be filed shortly thereafter.

3.      The Parties agree that it would waste Party and potentially judicial resources for Defendant to file an answer or otherwise respond to the Complaint next week in light of the ongoing settlement efforts.

4.      The Parties thus stipulate and move, subject to the Court's approval, for an Order staying all deadlines in this case to enable the Parties to finalize a settlement agreement, with the Parties to then either update the Court on the status of those settlement efforts or file a dismissal of Plaintiff's individual (not class) claims by May 29, 202.

5.      Good cause exists for the requested stay, as it is sought to enable the Parties to efficiently resolve this case. It is not sought for the purpose of delay.

**NOW THEREFORE**, based on the foregoing, the Parties stipulate and jointly move the Court for an Order staying all deadlines in this case, and ordering the Parties to either update the Court on the status of their settlement efforts or file a dismissal with prejudice of Plaintiff's individual claims by May 29, 2026.

/ / /

/ / /

/ / /

/ / /

JOINT MOTION AND STIPULATION TO STAY DEADLINES PENDING SETTLEMENT

MCDERMOTT WILL & SCHULTE LLP
ATTORNEYS AT LAW
LOS ANGELES

DATED: May 4, 2026          **MCDERMOTT WILL & SCHULTE LLP**


By:     */s/ J. Jonathan Hawk*
        JAMES JONATHAN HAWK
        DAVID P. SAUNDERS (admitted pro *hac vice*)
        Attorneys for Defendant
        Headlight Health, Inc.


DATED: May 4, 2026          **SWIGART LAW GROUP, APC**


By:     */s/ Joshua B. Swigart*
        JOSHUA B. SWIGART
        Attorney for Plaintiff and Putative Class


DATED: May 4, 2026          **BEN TRAVIS LAW, APC**


By:     */s/ Ben Travis*
        BEN TRAVIS
        Attorney for Plaintiff and Putative Class

JOINT MOTION AND STIPULATION TO STAY DEADLINES PENDING SETTLEMENT