Joshua B. Swigart (SBN 225557)
*josh@swigartlawgroup.com*
**SWIGART LAW GROUP, APC**
2221 Camino Del Rio S., Suite 308
San Diego, CA  92108
Tel: (866) 219-3343; Fax: (866) 219-8344

Ben Travis (SBN 305641)
*ben@bentravislaw.com*
**BEN TRAVIS LAW, APC**
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Phone: (619) 353-7966

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHIE EDQUID, individually and on behalf of others similarly situated,<br><br>*Plaintiff,*<br><br>*vs.*<br><br>HEADLIGHT HEALTH, INC.,<br><br>*Defendant.* | Case No.: 26-CV-0302-RBM-DDL<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Richie Edquid ("Plaintiff") files this Notice of Voluntary Dismissal of Plaintiff's individual claims with prejudice and dismissal of the putative class claims without prejudice. The parties are to bear their own fees and costs.

Respectfully Submitted,

Dated: May 19, 2026

**SWIGART LAW GROUP, APC**

By ___*/s/ Joshua B. Swigart*___

Joshua B. Swigart

Attorneys for Plaintiff

2

## CERTIFICATION OF APPROVAL OF CONTENT

I, Joshua B. Swigart, counsel for Plaintiff Richie Edquid, in the above-entitled matter, hereby certify that the required parties have approved and accepted the content of the NOTICE OF VOLUNTARY DISMISSAL, and that I have obtained authorization from my co-counsel for their permission to use their electronic signature.

Date:  May X, 2026

**SWIGART LAW GROUP, APC**

By: <u>*/s/ Joshua B. Swigart*</u>
Joshua B. Swigart, Esq.
Josh@SwigartLawGroup.com

*Attorneys for Plaintiff Benson Pai*

NOTICE OF VOLUNTARY DISMISSAL                    26-CV-0302-RBM-DDL